**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Southern District of Florida**

Case number *(If known)*: _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **VSBROOKS, INC.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **dba THE 3RD EYE Creative Agency** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **65-0696309** |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **5000 SW 75th Avenue** | |
| Number        Street | Number        Street |
| **Miami**                **FL**    **33155** | |
| City                         State  Zip Code | City                         State  Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **DADE** | |
| County | Number        Street |
| | City                         State  Zip Code |

**5. Debtor's website (URL)**    **www.the3rdeye.com**

Copyright © Financial Software Solutions, LLC

| Debtor | **VSBROOKS, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**6.    Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify:

**7.    Describe debtor's business:**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.    NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5418**

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    **VSBROOKS, INC.**                                      Case number *(if known)* _____
          Name

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes.  District _____  When _____ Case number _____
                                           MM/DD/YYYY

        District _____  When _____ Case number _____
                                           MM/DD/YYYY

If more than 2 cases, attach a separate list.

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                                MM/DD/YYYY

        Case number, if known _____

List all cases. If more than 1, attach a separate list.

---

**11.**  **Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.**  **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number          Street

_____
City            State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

Copyright © Financial Software Solutions, LLC

Debtor    **VSBROOKS, INC.**                                    Case number *(if known)* _____
　　　　　 Name

---

## Statistical and administrative information

| | | | | | |
|---|---|---|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:* | | | |

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17. | **Declaration and signature of authorized representative of debtor** |

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **7/29/2025**
　　　　　　　　 MM / DD / YYYY

**✗ /s/ Diana Brooks**                                    **Diana Brooks**
Signature of authorized representative of debtor          Printed name

Title    **President & CEO**

---

Debtor    **VSBROOKS, INC.**                                                    Case number *(if known)*  _____
          Name

18.    **Signature of attorney**                    ✗  **/s/ Robert Charbonneau**                    Date  _____
                                                       Signature of attorney for debtor                     MM / DD / YYYY

                                                       **Robert P Charbonneau**
                                                       Printed name

                                                       **Agentis PLLC**
                                                       Firm name

                                                       **45 Almeria Avenue**
                                                       Number        Street

                                                       **Coral Gables**                          **FL**          **33134**
                                                       City                                       State           ZIP Code

                                                       **(305) 722-2002**                         **rpc@agentislaw.com**
                                                       Contact Phone                              Email address

                                                       **968234**                                **Florida**
                                                       Bar number                                 State

| Fill in this information to identify your case: |
| --- |
| Debtor Name   **VSBROOKS, INC.** |
| United States Bankruptcy Court for the: **Southern District of Florida** |
| Case number *(If known)*: |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Illumin<br>PO Box 95000 - 2357<br>Philadelphia, PA 19195-0001 | Illumin<br>() - | Trade Debt | | | | $235,660.04 |
| 2 | Channel Factory, LLC<br>DEPT LA 24610<br>Pasadena, CA 91185-4610 | Channel Factory, LLC<br>() - | Trade Debt | | | | $210,958.47 |
| 3 | Clear Channel Outdoor - Georgia<br>PO Box 402379<br>Atlanta, GA 30384-2379 | Clear Channel Outdoor - Georgia<br>() - | Trade Debt | | | | $189,583.00 |
| 4 | Outfront Media Inc.<br>PO Box 33074<br>Newark, NJ 07188-0074 | Outfront Media Inc.<br>() - | Trade Debt | | | | $185,362.50 |
| 5 | Undertone<br>Dept CH 10726<br>Palatine, IL 60055-0726 | Undertone<br>() - | Trade Debt | | | | $130,547.13 |

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor    **VSBROOKS, INC.**                                    Case number *(if known)* _____
             Name

| 6 | Valassis Digital<br>90469 Collection Center Drive<br>Chicago, IL 60693 | Valassis Digital<br>() - | Trade Debt | | | | $116,027.68 |
| 7 | Tampa Bay Times<br>Dept 3396 PO BOX 123396<br>Dallas, TX 75312-3396 | Tampa Bay Times<br>() - | Trade Debt | | | | $107,205.00 |
| 8 | WTVT<br>P.O. Box 100535<br>Atlanta, GA 30384-0535 | WTVT<br>() - | Trade Debt | | | | $104,456.47 |
| 9 | American Express<br>PO Box 297800<br>Ft. Lauderdale, FL 33329 | American Express<br>() - | Trade Debt | | | | $104,062.98 |
| 10 | Orlando Sentinel Media Group<br>PO Box 8023<br>Willoughby, OH 44096 | Orlando Sentinel Media Group<br>() - | Trade Debt | | | | $94,293.44 |
| 11 | SunSentinel Media Group<br>PO Box 8023<br>Willoughby, OH 44096 | SunSentinel Media Group<br>() - | Trade Debt | | | | $90,582.00 |
| 12 | WVEA<br>PO Box 740719<br>Los Angeles, CA 90074-0719 | WVEA<br>() - | Trade Debt | | | | $86,942.25 |
| 13 | McClatchy Company LLC<br>PO Box 510150<br>Livonia, MI 48151 | McClatchy Company LLC<br>() - | Trade Debt | | | | $81,446.98 |
| 14 | WebMD<br>12186 Collections Center Drive<br>Chicago, IL 60693 | WebMD<br>() - | Trade Debt | | | | $77,938.70 |
| 15 | WFTV-TV<br>PO Box 809615<br>Chicago, IL 60680-9615 | WFTV-TV<br>() - | Trade Debt | Disputed | | | $76,319.75 |
| 16 | WVEN TV<br>PO Box 740719<br>Los Angeles, CA 90074-0719 | WVEN TV<br>() - | Trade Debt | Unliquidated | | | $75,445.15 |

Debtor    **VSBROOKS, INC.**                                    Case number *(if known)* _____
              Name

| 17 | AdTheorent, Inc<br>SVB Lockbox â€" PO BOX 392302<br>Pittsburgh, PA 15251- 930 | AdTheorent, Inc<br>() - | Trade Debt | | | | $71,908.82 |
|----|----|----|----|----|----|----|----|
| 18 | Hometown News<br>PO BOX 850<br>Fort Pierce, FL 34954 | Hometown News<br>() - | Trade Debt | | | | $66,800.00 |
| 19 | WSVN-TV<br>P O BOX 1118<br>Miami, FL 33238-1118 | WSVN-TV<br>() - | Trade Debt | | | | $66,406.25 |
| 20 | WTSP<br>PO BOX: 637386<br>Cincinnati, OH 45263-7386 | WTSP<br>() - | Trade Debt | | | | $63,075.14 |

Copyright © Financial Software Solutions, LLC                                    BlueStylus

# United States Bankruptcy Court

## Southern District of Florida

In re  **VSBROOKS, INC.**

_____
Debtor(s)

Case No. _____

Chapter  **11** _____


# VERIFICATION OF CREDITOR MATRIX


The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.


Date:  **7/29/2025** _____

**/s/ Diana Brooks** _____
**Diana Brooks**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**AARP Publications**
**PO Box 93112**
**LONG BEACH, CA 90809**


**AdTheorent, Inc**
**SVB Lockbox â€" PO BOX 392302**
**Pittsburgh, PA 15251- 930**


**American Express**
**PO Box 297800**
**Ft. Lauderdale, FL 33329**


**Arizona Department of Revenue**
**PO Box 29079**
**Phoenix, AZ 85038**


**Billboard Vendors?**
**Do we list?**


**Channel Factory, LLC**
**DEPT LA 24610**
**Pasadena, CA 91185-4610**


**Chase**
**PO Box 1423**
**Charlotte, NC 02820**


**City National Bank of Florida**
**2855 S Le Juene Road, Suite 100**
**Miami, FL 33134**


**Clear Channel Outdoor - Georgia**
**PO Box 402379**
**Atlanta, GA 30384-2379**

Copyright © Financial Software Solutions, LLC

**Communications Credit & Recovery Corp**
**20 Broad Hollow Rd., Suite 1002**
**Melville, NY 11747**


**Consulting Contracts?**


**Daytona Beach News-Journal -Local IQ**
**PO BOX 630476**
**Cincinnati, OH 45263-0476**


**Diana Brooks**


**District of Columbia**
**Office of Tax & Revenue**
**1101 4th Street, SW, Floor**
**Washington, DC 20024**


**Florida Department of Revenue**
**c/o Agency Clerk**
**501 S. Calhoun Street**
**Room 201, Carlton Building**
**Tallahassee, FL 32399**


**Florida Department of Revenue**
**PO Box 6668**
**Tallahassee, FL 32314-6668**


**Florida Today**
**PO Box 631244**
**Cincinnati, OH 45263-1244**

Copyright © Financial Software Solutions, LLC

**Georgia Department of Revenue**
**State Revenue Commissioner**
**1800 Century Blvd. NE, Suite 15300**
**Atlanta, GA 30345**

**Hometown News**
**PO BOX 850**
**Fort Pierce, FL 34954**

**Illumin**
**PO Box 95000 - 2357**
**Philadelphia, PA 19195-0001**

**Insite Street Media**
**8875 Hidden River Parkway, Suite 300**
**Tampa, FL 33637**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 21126**
**Philadelphia, PA 19114**

**Internal Revenue Service**
**PO Box 7346**
**Fort Lauderdale, FL 33324-0000**

**Internal Revenue Service**
**Special Procedures - Insolvency**
**7850 SW 6 Court**
**Mail Stop 5730**
**Fort Lauderdale, FL 33324**

**Intersect Media**
**1025 Greenwood Blvd., Suite 121**
**Lake Mary, FL 32746- 541**

Copyright © Financial Software Solutions, LLC

**Kansas Department of Revenue**
**Tax Assistance**
**Scott State Office Building**
**120 SE 10th Avenue**
**Topeka, KS 66612-1103**


**Kentucky Department of Revenue**
**501 High Street**
**Frankfort, KY 40601**


**Lakeland Ledger**
**PO Box 631244**
**Cincinnati, OH 45263-1244**


**Lamar Companies**
**PO Box 746966**
**Atlanta, GA 30374-6966**


**Local IQ - Palm Beach Post**
**PO Box 631667**
**Cincinnati, OH 45263-1667**


**Louisiana Department of Revenue**
**PO Box 201**
**Baton Rouge, LA 70821-0201**


**Maddux & Company**
**7250 SW 39 Terrace**
**Miami, FL 33155**


**McClatchy Company LLC**
**PO Box 510150**
**Livonia, MI 48151**

Copyright © Financial Software Solutions, LLC

**Miami Dade County Tax Collector**
**200 NW Second Avenue**
**Bankruptcy Paralegal Unit**
**Suite 430**
**Miami, FL 33128-0000**


**Missouri Department of Revenue**
**Harry S Truman State Office Building**
**301 West High Street**
**Jefferson City, MO 65101**


**Nevada Department of Revenue**
**3850 Arrowhead Drive**
**Carson City, NV 89706**


**North Carolina Department of Revenue**
**PO Box 25000**
**Raleigh, NC 27640-0640**


**Orlando Sentinel Media Group**
**PO Box 8023**
**Willoughby, OH 44096**


**Outfront Media Inc.**
**PO Box 33074**
**Newark, NJ 07188-0074**


**Palm Beach Latino | El Latino Semanal, Inc.**
**1419 Shirley Court**
**Lake Worth, FL 33461**


**Pandora Media**
**25601 Network Place**
**Chicago, IL 60673-1256**

Copyright © Financial Software Solutions, LLC

**Pursuant Health, Inc**
**817 West Peachtree Street NE, Suite M-105**
**Atlanta, GA 30308**

**Sharethrough USA, Inc.**
**5455 de Gaspe #730**
**Montreal, Qc, H2T3BS**
**Canada**
**Canada**

**Sinclair Broadcast Group C/O WPEC**
**PO Box 206270**
**Dallas, TX 75320-6270**

**SMARTLY.IO SOLUTIONS, LLC**
**1209 Orange Street**
**Wilmington, DE 19801**

**South Carolina Department of Revenue**
**Corporate Tax**
**PO Box 125**
**Columbia, SC 29214-0400**

**South Carolina Dept of Revenue**
**300A Outlet Pointe Boulevard**
**Columbia, SC 29210**

**Spectrum Reach CFL**
**PO Box 936671**
**Atlanta, GA 31193**

**SunSentinel Media Group**
**PO Box 8023**
**Willoughby, OH 44096**

Copyright © Financial Software Solutions, LLC

**Tampa Bay Times**
**Dept 3396 PO BOX 123396**
**Dallas, TX 75312-3396**

**The Florida Times Union**
**PO Box 631244**
**Cincinnati, OH 45263-1244**

**The Villages Daily Sun**
**1100 Main St.**
**The Villages, FL 32159**

**U.S. Small Business Administration**
**2 North Street, Suite 320**
**Birmingham, AL 35203-0000**

**Undertone**
**Dept CH 10726**
**Palatine, IL 60055-0726**

**Univision Interactive Media Inc**
**P.O.Box 740656**
**Attn: Accounting**
**Los Angeles, CA 90074-0656**

**Valassis Digital**
**90469 Collection Center Drive**
**Chicago, IL 60693**

**Vector Media Holding Corp**
**845 3rd Ave 14th Fl.**
**New York, NY 10022**

**WAMI**
**PO Box 740719**
**Los Angeles, CA 90074-0719**

Copyright © Financial Software Solutions, LLC

**WAMR**
**P.O. Box 740721**
**Los Angeles, CA 90074-0721**


**WCMQ**
**PO Box 527925**
**MIAMI, FL 33152-7925**


**WDUV-FM**
**PO Box 809036**
**Chicago, IL 60680-9036**


**WEAT**
**P.O. Box 645703**
**Cincinnati, OH 45264-5703**


**WebMD**
**12186 Collections Center Drive**
**Chicago, IL 60693**


**WEJZ**
**6440 ATLANTIC BOULEVARD**
**Jacksonville, FL 32211**


**WESH**
**PO Box 9296**
**Des Moines, IA 50306-9296**


**WFEZ 93.1 FM**
**PO Box 809036**
**Chicago, IL 60680-9036**


**WFLA-TV**
**33096 Collection Center Drive**
**Chicago, IL 60693**

Copyright © Financial Software Solutions, LLC

**WFLX**
**PO Box 14200**
**Tallahassee, FL 32317-4200**

**WFOR-TV**
**P.O. Box 33091**
**Newark, NJ 07188-3091**

**WFOX-TV**
**PO Box 809238**
**Chicago, IL 60680-9238**

**WFTS**
**P.O. Box 947913**
**Atlanta, GA 30394-7913**

**WFTV-TV**
**PO Box 809615**
**Chicago, IL 60680-9615**

**WGEN-TV**
**PO Box 201620**
**Dallas, TX 75320-1620**

**WJAN**
**13001 NW 107th Ave**
**Hialeah, FL 33018**

**WJAX***
**PO Box 809238**
**Chicgao, IL 60680-9238**

**WJGL-FM**
**PO Box 809036**
**Chicago, IL 60680-9036**

Copyright © Financial Software Solutions, LLC

**WJXT-TV**
**P.O. Box 933520**
**Atlanta, GA 31193-3520**

**WJXX-TV**
**PO BOX: 637386**
**Cincinnati, OH 45263-7386**

**WKMG**
**PO Box 947255**
**Atlanta, GA 30394-7255**

**WLLD**
**PO BOX 286058**
**TAMPA, FL 33630-6058**

**WLML**
**760 US Highway 1**
**Suite 102**
**North Palm Beach, FL 33408**

**WLQY**
**1055 NE 125th St**
**Miami, FL 33161**

**WLTV**
**PO Box 740719**
**Los Angeles, CA 90074-0719**

**WMMO-FM**
**PO Box 809036**
**Chicago, IL 60680-9036**

**WOEX-FM**
**PO Box 809036**
**Chicago, IL 60680-9036**

Copyright © Financial Software Solutions, LLC

**WOFL FOX 35**
**12315 Collection Center Drive**
**Chicago, IL 60693**

**WOMX**
**PO Box 74093**
**Cleveland, OH 44194**

**WPBF**
**PO Box 14466**
**Des Moines, IA 50306-3466**

**WPBR**
**3113 Striling Road, Ste 103**
**Fort Lauderdale, FL 33312**

**WPLG, Inc**
**P.O. Box 947162**
**Atlanta, GA 30394-7162**

**WPTV**
**P.O. Box 947910**
**Atlanta, GA 30394-7910**

**WPYO FM**
**PO Box 527925**
**MIAMI, FL 33152-7925**

**WRBW**
**12315 Collection Center Drive**
**Chicago, IL 60693**

**WRDQ-TV**
**PO Box 809036**
**Chicago, IL 60680-9036**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**WRMA**
**PO Box 527925**
**MIAMI, FL 33152-7925**

**WRMD - TV**
**PO Box 402971**
**Atlanta, GA 30384-2971**

**WRMF**
**P.O. Box 645703**
**Cincinnati, OH 45264-5703**

**WSBS**
**PO Box 527925**
**MIAMI, FL 33152-7925**

**WSCV**
**PO Box 402971**
**Atlanta, GA 30384-2971**

**WSFL-N**
**P.O. Box 947910**
**Atlanta, GA 30394-7910**

**WSVN-TV**
**P O BOX 1118**
**Miami, FL 33238-1118**

**WTIS**
**1355 East Altamonte Drive**
**Altamonte Springs, FL 32701**

**WTLV-TV**
**PO Box 637386**
**Cincinnati, OH 45263-7386**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**WTMO - Orlando**
**PO Box 402971**
**Atlanta, GA 30384-2971**

**WTSP**
**PO BOX: 637386**
**Cincinnati, OH 45263-7386**

**WTVJ**
**PO Box 402971**
**Atlanta, GA 30384-2971**

**WTVT**
**P.O. Box 100535**
**Atlanta, GA 30384-0535**

**WVEA**
**PO Box 740719**
**Los Angeles, CA 90074-0719**

**WVEN TV**
**PO Box 740719**
**Los Angeles, CA 90074-0719**

**WXGL - COX Radio LLC**
**PO Box 83199**
**Chicago, IL 60691-0199**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**